■ PETER PHILIPPE et al., Respondents, v ROBERT IVORY, Appellant. [747 NYS2d 184]

The defendant established a prima facie case that the injured plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) (*see Toure v Avis Rent A Car Sys.,* 98 NY2d 345; *Gaddy v Eyler,* 79 NY2d 955). The evidence submitted by the plaintiffs in opposition to the motion was insufficient to raise a triable issue of fact. The affirmation of the injured plaintiff's physician improperly relied upon unsworn medical reports prepared by other physicians (*see Palasek v Misita,* 289 AD2d 313; *Delgado v Hakim,* 287 AD2d 592; *Monaco v Davenport,* 277 AD2d 209). The affirmation also failed to specifically quantify the alleged loss of range of motion in the injured plaintiff's cervical and lumbosacral spines (*see Merisca v Alford,* 243 AD2d 613; *Wilkins v Cameron,* 214 AD2d 557; *Stallone v County of Suffolk,* 209 AD2d 403).

Furthermore, the plaintiffs failed to come forward with suf-

ficient evidence to raise an issue of fact as to whether the injured plaintiff sustained a medically determined injury which prevented him from performing substantially all of his customary and usual daily activities during at least 90 out of the first 180 days following the accident (*see Toure v Avis Rent A Car Sys., supra; Savattere v Barnathan,* 280 AD2d 537; *Jimenez v Kambli,* 272 AD2d 581; *Marin v Kakivelis,* 251 AD2d 462; *Rodriguez v Kwan Cheung Tsui,* 233 AD2d 382; *Covington v Cinnirella,* 146 AD2d 565). Ritter, J.P., Florio, Goldstein, Luciano and Cozier, JJ., concur.